

# THE THIRTEENTH COURT OF APPEALS

---

### 13-13-00172-CR

---

ABRAHAM JACOB PROENZA
v.
THE STATE OF TEXAS

---

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 10-CR-727-G

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and remanded. The Court orders the judgment of the trial court REVERSED AND REMANDED for proceedings consistent with this opinion.

We further order this decision certified below for observance.

July 23, 2015